**FILED**

JUN 28 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADFER TRUST, by and through its trustee,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | CASE NO. 04-CV 2054 FMS ARB<br><br>[Proposed] ORDER FINDING THAT CASES 04-CV 2054 FMS ARB & C 05 01867 PJH ARE RELATED UNDER LOCAL RULE 3-12<br><br>The Honorable Fern M. Smith |

Having considered the papers filed by the parties, defendant's *Motion for Administrative Relief to Consider Whether Cases Should Be Related (L.R. 3-12)* is GRANTED. Pursuant to the Assignment Plan and Local Rule 3-12(f)(3), the Clerk shall reassign case number C 05 01867 PJH to this Court, and shall notify the parties and the affected Judges accordingly.

*Denied as Moot fms*

SO ORDERED.

Date: June 24, 2005

THE HONORABLE FERN M. SMITH
United States District Judge

- 1 -

[Proposed] Order Finding Cases Related (L.R. 3-12)                                   CASE NO. 04-CV 2054 FMS ARB