**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RADFER TRUST,

    Plaintiff,                                            No. C 05-1867 PJH

    v.                                                 **ORDER**

FIRST UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

    Defendant's request for an order relating the above-entitled action to case No. C-04-2054 FMS is DENIED as moot. The court is aware of Judge Smith's ruling in the prior case, and will consider it to the extent applicable in any further proceeding in the present case.

**IT IS SO ORDERED.**

Dated: July 15, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge