**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RADFER TRUST,

    Plaintiff,

    v.

FIRST UNUM LIFE INSURANCE COMPANY,

    Defendant.
_____/

No. C 05-1867 PJH

**ORDER GRANTING MOTION TO DISMISS**

    Defendant's motion to dismiss the complaint came on for hearing before this court on August 17, 2005. Plaintiff Radfer Trust appeared by its counsel David Polin, and defendant First Unum Life Insurance Company appeared by its counsel Anna M. Martin. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby GRANTS the motion as follows, for the reasons stated at the hearing.

    1.    The first cause of action is dismissed for failure to exhaust administrative remedies prior to filing the present action.

    2.    The second and third causes of action are dismissed with prejudice because they are barred by res judicata.

3.      The third cause of action is dismissed for failure to state a claim.  Because the court finds, as stated at the hearing, that granting leave to amend this claim would be futile, the dismissal is without leave to amend.

**IT IS SO ORDERED.**

Dated: August 17, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge