UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RADFER TRUST,

    Plaintiff,

    v.

FIRST UNUM LIFE INSURANCE COMPANY,

    Defendant.
_____/

No. C 05-1867 PJH

**ORDER VACATING HEARING DATE**

The date for the hearing on plaintiff's motion to amend the judgment, previously noticed for Wednesday, October 5, 2005, has been VACATED. The court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: October 3, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge